PETER LANG AND JANE A. LANG v. BARBARA BAKER AND THOMAS CARROLL.

January 28, 1985.

Certification to the Superior Court, Law Division is granted.

UNION CAMP CORPORATION v. TOWN OF MORRISTOWN.

January 29, 1985.

Petition for certification denied.

FRANK BAK v. WESTERN ELECTRIC COMPANY, INC.

January 29, 1985.

Petition for certification denied.

CAROLYN BERRY v. PLAYBOY ENTERPRISES, INC.

January 29, 1985.

Petition for certification denied. (See 195 *N.J.Super.* 520)